**Irving H. Phillips, Plaintiff-Appellant, v. Irving Getz and Northwest Towing, Inc., a Corporation, Defendants-Appellees.**

Gen. No. 49,712.

First District, Third Division.
February 4, 1965.
Rehearing denied February 25, 1965.

Soll J. Schnitz, of Chicago, for appellant; M. T. Gruener, of Chicago (Yale P. Bass, of counsel), for Northwest Towing, Inc., appellee.

Opinion by JUSTICE DEMPSEY. **Not to be published in full.**